UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SANDRA LAMBERT BROCKINTON | CIVIL ACTION |
| VERSUS | NO. 24-2254 |
| SOCIAL SECURITY ADMINISTRATION | SECTION M (4) |

## ORDER

Having considered the complaint, the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R"),[1] and the failure of any party to file an objection to R&R, the Court hereby approves the R&R and adopts it as its opinion in this matter.

Accordingly,

IT IS ORDERED that the that the decision of the Administrative Law Judge be REVERSED AND REMANDED for consideration of the full record of medical evidence.

New Orleans, Louisiana, this 12th day of November, 2025.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 28.